UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4967 SVW | Date | January 6, 2014 |
|---|---|---|---|
| Title | Jessica Rojas, et al. v. Larry L. Bird, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER TO SHOW CAUSE

**Beatrice Villarreal is hereby ORDERED** to appear before this Court in Courtroom No. 6 on the second floor of the United States Courthouse at 312 North Spring Street, in the City of Los Angeles, on **Monday, January 13, 2014, at 1:30 p.m.**, to show cause why she should not be held in contempt of court for refusing to comply with two deposition subpoenas that were served on her by plaintiffs' counsel on October 11, 2013, and December 9, 2013.

The Court warns Ms. Villarreal that failure to appear in Court at the time and place stated above will lead to further sanctions.

Plaintiffs' counsel shall cause this order to be personally served on Beatrice Villarreal as promptly as reasonably possible.

|  |  | : |  |
|---|---|---|---|
|  | Initials of Preparer | | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4967 SVW | Date | January 6, 2014 |
|---|---|---|---|
| Title | Jessica Rojas, et al. v. Larry L. Bird, et al. | | |

|  | : |
|---|---|
| Initials of Preparer | PMC |