1  CRAIG P. FAGAN, State Bar No. 149556
   LAW OFFICES OF CRAIG P. FAGAN
2  6320 Raydel Court
   San Diego, CA 92120
3  Telephone: (619) 528-9600
   Facsimile:  (619) 528-9675
4  email: cpfagan@faganlegal.com

5  Attorneys for all Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
MAY 27, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

UNITED STATES DISTRICT COURT          JS-6

CENTRAL DISTRICT OF CALIFORNIA

JESSICA ROJAS; an individual, D.R., a    )   No. cv13-04967-SVW (JCx)
minor, S.R., a minor, JOSE VILLARREAL,   )   ORDER ON
an individual, M.V., a minor,            )   **STIPULATION OF DISMISSAL**
                                         )
        Plaintiffs,                      )
                                         )   IT IS SO ORDERED:
   v.                                    )
                                         )
LARRY L. BIRD, individually and doing    )   [signature]
business as GOLDEN OAK                   )
APARTMENTS; SUE ANN BIRD,                )
individually and doing business as       )   DATED: _____
GOLDEN OAK APARTMENTS, and               )   05/27/14  STEPHEN V. WILSON
DOES 1 THRU 10, INCLUSIVE,               )             UNITED STATES DISTRICT JUDGE
                                         )
        Defendants                       )
                                         )

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that plaintiffs Jessica Rojas, D.R., S.R., Jose Villarreal, and M.V., may dismiss the above-entitled action with prejudice, all parties to bear their own attorney's fees and costs.

Dated: May 20, 2014

SAFARIAN & BAROIAN

By: /s/ Harry Safarian
Harry Safarian
Attorney for all Defendants

Dated: 5-23-14

LAW OFFICES OF CRAIG P. FAGAN

By: /s/ Craig P. Fagan
Craig P. Fagan
Attorneys for all Plaintiffs